■ In the Matter of RODNEY R. ROBERTS, Petitioner, v HAROLD ADLER, Respondent. [879 NYS2d 804]—Application for an order

pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Friedman, Catterson, Moskowitz and Renwick, JJ.